# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERNEST RENEY, PAUL RENEY,
PATRICIA JOHNSON, AND ELIZABETH
RENEY

NO.   2022 CW 0395

VERSUS

SHELTON RESTAURANT GROUP, LLC
D/B/A POPEYE'S LOUISIANA
KITCHEN, AND INSURANCE PROGRAMS
OF AMERICA, INC.

**JULY 14, 2022**

---

In Re:    Shelton   Restaurant   Group,   LLC,   United   Specialty
          Insurance Company, and Insurance Programs of America,
          Inc., applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          683934.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT DENIED.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.*

---
DEPUTY CLERK OF COURT
    FOR THE COURT